

# Robert A. Cardali & Associates, LLP

Attorneys at Law

39 Broadway, 35th Floor, New York, NY 10006
Telephone (212) 964-3855

May 3, 2012

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 3 1 2012 ★

**BROOKLYN OFFICE**

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Carmendelia Heyward v. Target Corporation
      Docket No.: 11 CV 2392
      Our File No.: 11-A-115

Dear Judge Orenstein,

Please be advised that this matter has been settled between the parties for seventy thousand dollars ($70,000.00), subject to receipt of a Final Settlement Letter from Medicare.

As the case is now settled, we respectfully request that the Pretrial Conference scheduled for May 4, 2012 at 10:00 a.m. be cancelled and a telephone conference be set down wherein the parties can advise the Judge as to the status of the Medicare documents.

Thank you for the opportunity to address the Court in this matter.

Very truly yours,
Robert A. Cardali & Associates, LLP

Anthony Broccolo, Esq.
(AB-9065)

AB/

*Close the case*
*So order*
*5/31/12*